IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| BRODRICK KYLE MERRITT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAN FRANCK; JOHN FLYTHE;<br>and RANDALL HALL,<br><br>　　　　Defendants. | CIVIL ACTION NO.: 1:25-cv-234 |

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation, (doc. 7). Plaintiff did not file objections to the Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** without prejudice the above-captioned case and **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment.

**SO ORDERED**, this 7th day of January, 2026.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA